**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| GENG YU, | Case No. 5:26-cv-01172-JLS-ACCV |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| WARDEN OF THE ADELANTO DETENTION CENTER *et al.*, | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered GRANTING the Petition; and (2) a writ of habeas corpus is issued requiring Petitioner's immediate release and prohibiting her re-detention absent notice and a hearing before an

immigration judge at which the government must justify her detention by clear and convincing evidence.

DATED:  May 20, 2026

_____

HON. JOSEPHINE L. STATON
United States District Judge

2