JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

GENG YU,

      Petitioner,

      v.

WARDEN OF THE ADELANTO DETENTION CENTER *et al.*,

      Respondents.

Case No. 5:26-cv-01172-JLS-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the May 1, 2026 Report and Recommendation of United States Magistrate Judge.  (Dkt. No. 8.)

DATED:  May 20, 2026

_____
HON. JOSEPHINE L. STATON
United States District Judge